IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDGAR BERRIOS, INDIVIDUALLY AND AS NEXT OF FRIEND ON BEHALF OF CA.B., CESAR BERRIOS, and ESTELA A. QUINTOS LOPEZ, | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. |
| VS. | ) | 3:25-CV-1962-G |
| KELLER NORTH AMERICA, INC., | ) | |
| Defendant. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The court therefore **DENIES** the motion to enforce the parties' settlement agreement (docket entry 58) for lack of subject-matter jurisdiction and **REMANDS** this lawsuit to the state court from which it was removed. The Clerk of Court shall

mail a certified copy of this order to the county clerk of Dallas County, Texas.

**SO ORDERED**.

August 21, 2026.

A. Joe Fish

**A. JOE FISH**
**Senior United States District Judge**